Rita Lidzy, as Administratrix, etc., of Thomas Lidzy, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment reversed and new trial ordered, with costs to appellant to abide event. Held, that as matter of law plaintiff's intestate assumed the risk and was guilty of

contributory negligence.    All concurred, except McLennan, P. J., and Spring, J., who dissented.